# EXHIBIT A

DOCUMENT 2

ELECTRONICALLY FILED
6/27/2018 12:58 PM
02-CV-2018-901656.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

SUSAN GUY and GERALD "JERRY" PHILLIP GUY,

    Plaintiffs,

v.                                  CASE NO.: 2018-

WALMART, INC., and A, B and/or C being
the entities that owned the Walmart store in
Saraland, AL on July 15, 2016,

    Defendants.

## COMPLAINT

### COUNT ONE

    1. On July 15, 2016, Susan Guy (Susan), a business invitee, went to the Walmart store owned by Defendants in Saraland, AL to buy groceries. While in the store, she was going around an isle corner and fell hard in a puddle of water. There were no signs in the area of the fall warning of a wet floor or other dangers. After the fall several Walmart employees came up to Susan; one stated "I am so sorry you got hurt – those darn skylights leak every time it rains." Skylights were above the area of the fall and it was raining outside.

    2. Defendants negligently maintained and/or inspected the floor where Susan fell, negligently maintained and/or inspected the skylight and/or roof above the location of Susan's fall, and/or negligently failed to warn of the danger posed by a wet floor from a leaking skylight. Defendants' other and/or different negligence was the proximate cause of Susan's injuries.

    3. As a proximate result of Defendants' negligence, Susan suffered serious injuries to her back and also to her right foot, ankle, hip and other parts of her body. She has undergone medical and hospital treatment, taken medications, participated in physical therapy and had back surgery as a result of Defendants' negligence. Susan has incurred substantial bills related to said injuries. Susan has endured extensive pain, mental anguish and depression as a result of the subject fall. Said physical and mental problems adversely affected Susan's life and put a serious strain on her marriage. Susan has still not fully recovered from said injuries and may have problems for the remainder of her life.

    WHEREFORE, Susan demands judgment against Defendants for Five Million ($5,000,000.00) Dollars in compensatory damages, plus Court costs.

### COUNT TWO

    4. Susan adopts the allegations of Count One.

5. Defendants knew or should have known of the dangerous condition a leaking skylight posed to its customers and Defendant failed to warn its customers and/or take reasonable remedial actions.

6. Defendants acted in a wanton and/or reckless manner.

WHEREFORE, Susan demands judgment against Defendants for Five Million Dollars ($5,000,000) in punitive damages, plus costs.

## COUNT THREE

7. Plaintiff Gerald "Jerry" Phillip Guy adopts the allegations of Counts One and Two.

8. Jerry is the husband of Susan.

9. As a result of the subject injuries, Jerry's company, fellowship, companionship, society, comfort and assistance from Susan was diminished and impaired. He had (and has) a loss of consortium with his wife.

10. Susan's physical and mental problems, pain, anguish, and treatment put a tremendous strain on the marital relationship between Susan and Jerry.

WHEREFORE, Jerry demands a judgment against Defendants for One Million ($1,000,000) Dollars plus Court costs.

**PLAINTIFFS DEMAND TRIAL BY JURY ON ALL COUNTS.**

/s/Clifford C. (Kip) Sharpe

CLIFFORD C. (KIP) SHARPE (SHA014)
Attorney for the Plaintiffs
307 Morgan Ave., Mobile, AL 36606
(251) 343-6700 (251) 423-1157

**SERVE DEFENDANT WALMART, INC.** by Certified Mail
c/o The Corporation Company (Registered Agent),
2000 Interstate Park Dr., Suite 204,
Montgomery, AL 36109