**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **SUSAN GUY AND GERALD GUY,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 18-0360-KD-MU** |
| | ) | |
| **WAL-MART STORES EAST, LP,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JUDGMENT

In accordance with the verdict of the jury, issued January 14, 2020, it is ORDERED,

ADJUDGED and DECREED that JUDGMENT is entered in favor of Plaintiff Susan Guy and

against Defendant Walmart Stores East, LP, in the amount of $140,000.00.

DONE and ORDERED this the 14th day of January 2020.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE